58 A.3d 748

BRICKLAYERS OF WESTERN PENNSYLVANIA
COMBINED FUNDS, INC., Respondent

v.

SCOTT'S DEVELOPMENT COMPANY, Petitioner.

Laborers' Combined Funds of Western Pennsylvania, as Agent
for Phillip Ameris and Albert W. Betler, Trustees Ad Litem,
Laborers' District Council of Western Pennsylvania Welfare
and Pension Funds, The Construction Industry Advancement
Program of Western PA Fund, and The Laborers' District
Council of Pennsylvania and its Affiliated Local Unions, Re-
spondents

v.

Scott's Development Company, Petitioner.

Supreme Court of Pennsylvania.

Nov. 28, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of November 2012, the Petition
for Allowance of Appeal is **GRANTED LIMITED** TO the
issues set forth below. The issues, as stated by petitioner are:

(1) Whether the Superior Court erred in concluding the
Mechanics' Lien Law should be liberally construed?

(2) Whether the Superior Court erred in *sua sponte* finding
that purported contracts implied in fact control the
parties' rights under the Mechanics' Lien Law, not the
express contract which fails 49 P.S. [§ ] 1201(5)?

(3) Whether even liberal construction of the Mechanics' Lien Law would permit an employee of a contractor to assert a claim as a "subcontractor"?